PROB 12B
(7/93)

# United States District Court

## for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert A. Hull  Cr.: 06-0120-01
PACTS Number: 56989

Name of Sentencing Judicial Officer: Stanley R. Chesler, USDJ

Date of Original Sentence: 06-23-11

Original Offense: Activities Relating to Material Constituting or Containing Child Pornography, 18 U.S.C. § 2252A

Original Sentence: 30 months imprisonment; 3 years of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: 3-12-12

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM  (12 months)  (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 12 months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You will be subject to the standard conditions of Home detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring devise and to follow electronic monitoring procedures specified by the Probation Office. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. Further, you shall be required contribute to the costs of these services not to exceed an amount determined reasonable by the Probation office based on ability to pay.

MENTAL HEALTH TREATMENT (Sex Offender Specific)

You shall undergo treatment in a mental health program specializing in sexual offender treatment and submit to a polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Offices Sliding Scale for treatment Services.

## CAUSE

Mr. Hull will be released to the Middle District of Florida on March 12, 2012, and their halfway house does not accept sex offenders. In lieu of the 12 months in the halfway house, a condition of 12 months of location monitoring will be sufficient to address his issues. In addition, he is to participate in a mental health program that specializes in sexual offender treatment.

Respectfully submitted,

By: Luis R Gonzalez
    Senior U.S. Probation Officer
Date: 2-14-12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/21/12
Date

PROB 49
(5/10)

# United States District Court

## District of New Jersey

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall participate in the Home Detention program for a period of __12__ months. During this time, you will remain at your place of residence except for employment and other activities approved in advance by your Probation Officer. You will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, you shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on ability to pay.

The defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

Witness: _____  Signed: x _Robert A Hull_____
BOP Case Manager                          Probationer or Supervised Releasee

_Feb 9, 2012_
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

February 16, 2012

Mailing Address:
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Stanley R. Chesler, U.S. District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
50 Walnut Street, Room 417
P.O. Box 999
Newark, New Jersey 07101

RE: Hull, Robert
Dkt. No. 06-00120-001
**Request for Modifications of Supervision Conditions**

Dear Judge Chesler:

Please find Probation Form 12B to add the special condition of 12 months of location monitoring as well as participation in a mental health treatment program specifically for sex offenders on the above named offender. The offender has requested to relocate to 11361 Capistrano Court, in Fort Myers, Florida. He will be supervised by the U.S. Probation Office for the Middle District of Florida. A Probation Form 49, *Waiver of Hearing to Modify Conditions of Supervised Release*, signed by Mr. Hull is also enclosed.

We will make ourselves available should the Court wish to discuss this matter. The undersigned officer may be contacted at (973) 223-0593.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Luis R. González
Sr. U.S. Probation Officer

Enclosures