IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. STANLEY R. CHESLER |
| : | UNITED STATES DISTRICT JUDGE |
| v. : | Criminal No. 06-120 |
| : | **ORDER OF COMMITMENT** |
| ROBERT A. HULL, : | |
| Defendant. : | |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lakshmi Srinivasan Herman, Assistant U.S. Attorney), for an order, pursuant to 18 U.S.C. §§ 4241, 4242 and 4247, requiring defendant Robert A. Hull, to submit to a psychiatric and psychological examination to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense and whether the defendant was insane at the time of the charge contained in the Petition for Warrant or Summons for Offender Under Supervision ("Petition") or whether the defendant suffers or suffered at the time of the offense from any mental impairment or significantly reduced mental capacity;

WHEREAS based on information communicated to the Court by the United States Probation Office (Luis R. Gonzalez, Probation Officer), which include Mr. Hull's lengthy psychiatric history, a prior Court ordered evaluation by Stanley R. Chesler, United States District Judge, on August 30, 2010, information that Mr. Hull may did not have receive any psychiatric treatment or counseling while housed at Mercer County Jail

from approximately March 13, 2012 to May 3, 2012, information that the State of New Jersey civilly committed Mr. Hull on or about May 8, 2012, but released him on May 15, 2012;

IT IS on this 21st day of May, 2012,

ORDERED that the application is GRANTED;

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §§ 4241, 4242 and 4247, Robert A. Hull shall submit to a psychiatric and psychological examination to determine whether the he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, whether the defendant was insane at the time of the offense charged in the Petition, and whether the defendant suffers, or suffered at the time of the offense, from any mental impairment or significantly reduced mental capacity; and

IT IS FURTHER ORDERED that defendant Robert A. Hull be sent as soon as practicable to an appropriate facility, as designated by the Bureau of Prisons, for such examination and that such examination involve not less than 30 days observation and evaluation, or any addition time necessary; that a report shall be prepared based upon such examination and testing and shall be submitted to counsel for both the defendant and the Government and to the Court.

MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE